IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.   21-mj-90003-KGG |
| VS. | |
| APRIL D. LORIA-CALVO | |

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about November 18, 2020, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, APRIL D. LORIA-CALVO did unlawfully take and carry away with intent to steal or purloin any personal property of the United States or any department or agency thereof, to wit: The Army and Air Force Exchange Service, not in excess of $1000.00, in violation of Title 18, United States Code, Section 641.  **(Theft of Government Property) (Class A Misdemeanor)**

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

*/s/ Robin Graham*
ROBIN A. GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed   1/12/2021

*/s/ Gwynne E. Birzer*
HON GWYNNE E. BIRZER
U.S. Magistrate Judge